IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED RS
05 APR 19 PM 5: 1_

ROBERT R. DI_  _HO
CLERK, U.S. DI_T. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 04-20329-01-B |
| Rickey Robertson, Jr., | ) | |
| Defendant. | ) | |

## ORDER ON CHANGE OF PLEA AND SETTING

This cause came to be heard on April 19, 2005, the United States Attorney for this district, Scott Leary, appearing for the Government and the defendant, Rickey Robertson, Jr., appearing in person and with counsel, Leslie Ballin, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, AUGUST 2, 2005, at 1:30, in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.**

Defendant is allowed to remain released on present bond.

ENTERED this the 19th day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-20-05

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CR-20329 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT