IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                        No. 2:04-cr-20329-B

RICKEY ROBERTSON, JR.

## ORDER GRANTING CONTINUANCE

This cause came on to be heard by upon the Motion to Continue the sentencing hearing scheduled for August 2, 2005 at 1:30 p.m.. It appearing to the Court, that Assistant United States Attorney, Scott Leary, does not oppose this request and that said hearing be and is hereby reset 30 days.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, by this Court that the sentencing hearing currently set on August 2, 2005 at 1:30 p.m. be and is hereby continued thirty (30) days to the 7th day of September, 2005 at 1:30 a.m./p.m. Time shall be excluded under the Speedy Trial Act.

JUDGE

August 1, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-3-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CR-20329 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT