IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -7 PM 5: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                                              No. 2:04-cr-20329-B

RICKEY ROBERTSON, JR.

## CONSENT ORDER GRANTING CONTINUANCE

This cause came on to be heard by upon the Motion to Continue the sentencing hearing scheduled for September 7, 2005. It appearing to the Court, that Assistant United States Attorney, Scott Leary, does not oppose this request and that said hearing be and is hereby reset 30 days.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, by this Court that the sentencing hearing currently set on September 7, 2005 be and is hereby continued thirty (30) days to the 5th day of **October, 2005 at 1:30 p.m.** Time shall be excluded under the Speedy Trial Act.

_____ JUDGE

9/7/05
Date

9-8-05

29



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CR-20329 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT