IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -3 PM 3: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | ) ) ) | |
| v. | ) ) ) | Criminal No.: 04-20329 B |
| RICKEY ROBERTSON, JR.<br>    Defendant. | ) ) ) ) | |

### ORDER TO CONTINUE SENTENCING HEARING

This cause came on to be heard by upon the government's Motion to Continue the Sentencing Hearing, scheduled for October 3, 2005. For good cause shown, said hearing be and is hereby reset 60 days.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, by this Court that the sentencing hearing currently set for October 3, 2005 be and is hereby continued sixty (60) days to the 7th day of December, 2005 at 1:30 a.m./p.m. Time shall be excluded under Speedy Trial Act.

_____
Honorable J. Daniel Breen
United States District Judge

Date: 10/3/05

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-4-05

32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CR-20329 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT