FILED BY ____ D.C.

05 DEC -7 PM 3: 05

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | No.   04-20329 B |
| RICKEY ROBERTSON, JR., | * | |
| Defendant. | * | |

## ORDER CONTINUING SENTENCING

Upon Motion of the United States and for good cause shown, the sentencing hearing for Rickey Robertson, Jr. is hereby continued until further order of this court.

Ordered this _7th_ day of _December_, 2005.

_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-7-05_

(34)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20329 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT